UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MIDDLE DIST. OF LA

2007 MAY 31  P 4: 13

SIGN
BY DEPUTY CLERK

QUINCY POWELL (#381361)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 06-578-A,

## RULING

The court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby (doc. 15).  Plaintiff has filed an objection (doc. 16) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby  approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, May 31, 2007.

JOHN V. PARKER,  JUDGE
MIDDLE DISTRICT OF LOUISIANA